```
AAFES
Attn: Bankruptcy
Po Box 650060
Dallas, TX 75265

Account Liquidation Services, Inc.
304 West Water Street
Decorah, IA 52101

Account Liquidation Services, Inc.
304 West Water Street
Decorah, IA 52101

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
650 California St Fl 12
San Francisco, CA 94108

Applied Bank
4700 Exchange Court
Boca Raton, FL 33431

CAR Financial Services
Attn: Bankruptcy
2400 Satellite Blvd Ste 104,
Duluth, GA 30096

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Colonial Auto Finance/America's Car-Mart
Attn: Bankruptcy
1805 N 2nd Street Suite 401
Rogers, AR 72756

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Enhanced Recovery Company
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256
```

```
Ferrell Gas
7500 College Blvd # 1000
Overland Park, KS 66212

First Phase/tbom


First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Gary Jon Barrett, Attorney
12410 Cantrill Rd, Ste 100
Little Rock, AR 72223

IC Systems, Inc
Attn: Bankruptcy
Po Box 64378
St. Paul, MN 55164

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Jeanine R Armstrong, Attorney
Blitt & Gaines PC
707 N 2nd St, Suite 306
Saint Louis, MO 63102

Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303

Kikoff Lending Llc
Attn: Bankruptcy
75 Broadway Suite 226
San Francisco, CA 94111

Lendmark Financial Ser
2118 Usher St.
Covington, GA 30014

Linda Seiler
617 Sheffield Circle
Sugar Grove, IL 60554

Missouri Dept of Revenue
Taxation Division
PO Box 385
Jefferson City, MO 65105
```

```
OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Possible Finance
2231 First Avenue  Ste B
Seattle, WA 98121

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Santander Consumer USA, Inc
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Sezzle
Attn: Bankruptcy
Po Box 3320
Minneapolis, MN 55403

Sunbit
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024

Sunbit
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024

Transworld Systems
2135 E Primrose, Suite Q
Springfield, MO 65804

U.S. Department of Education
Ecmc/Attn: Bankruptcy
P.O. Box 16408
Saint Paul, MN 55116
```

```
US Bank/RMS
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201

Wakefield & Associates
Attn: Bankruptcy
10800 East Bethany Drive Ste 450
Aurora, CO 80014

Wakefield & Associates
Attn: Bankruptcy
10800 East Bethany Drive Ste 450
Aurora, CO 80014
```