UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-20091  Chapter 13 |
| ) | |
| PAVEL S KHATULEV ) | |
| ASHLEY E KHATULEV ) | |
| ) | |
| **Debtors** ) | |
| ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated June 28, 2023, to claim 2 filed on behalf of CAR FINANCIAL SERVICES INC.

Dated: July 06, 2023
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 06, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 06, 2023.

PAVEL S KHATULEV
ASHLEY E KHATULEV
1580 HWY 161
MONTGOMERY CITY, MO  63361

CAR FINANCIAL SERVICES INC
725 PRIMERA BLVD STE 235
LAKE MARY, FL  32746

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee