UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 23-20091 |
| PAVEL S KHATULEV ) | Chapter 13 |
| ASHLEY E KHATULEV ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtors ) | August 31, 2023  11:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The Debtor has not filed 2022 pre-petition tax returns.  11 U.S.C. § 1325(a)(9).
2. Debtors should provide the Trustee with a copy of the 2022 Federal and State income tax returns after they have been filed with the taxing authorities.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: July 20, 2023

OBJCONFAF--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 20, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 20, 2023.

PAVEL S KHATULEV
ASHLEY E KHATULEV
1580 HWY 161
MONTGOMERY CITY, MO  63361

| | | |
|---|---|---|
| **23-20091** | **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** | **07/20/2023** |
| | | **Page 2 of 2** |

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660