# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-20091  Chapter 13 |
| ) | |
| PAVEL S KHATULEV ) | Hearing Date: 08/31/2023 |
| ASHLEY E KHATULEV ) | Hearing Time: 11:00 am |
| ) | Location: U.S. District Courtroom, |
| Debtors ) | |
| ) | |

## WITHDRAWAL OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws all of her objections to confirmation of the plan previously filed in the above-referenced case.

Dated: August 16, 2023
WDOCNF--JMP

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 16, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on August 16, 2023.

PAVEL S KHATULEV
ASHLEY E KHATULEV
1580 HWY 161
MONTGOMERY CITY, MO  63361

/s/ Jennifer M. Pontus
Jennifer M. Pontus MO65660