# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 23-20091  Chapter 13 |
| PAVEL S KHATULEV ) | Plan Pmt:    $  922.00/Month |
| ASHLEY E KHATULEV ) | Term:           60 Months |
| ) | |
| Debtors ) | |

## CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN

### CERTIFICATION

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and certifies that: the Trustee has reviewed the Debtors' schedules and plan, and has conducted a Section 341 meeting of creditors, and except to the extent the Trustee's objection has been overruled, the Chapter 13 plan complies with all Chapter 13 and other applicable provisions of Title 11 United States Code; the Debtors have advised that they have made all DSO payments and filed all tax returns as required by 11.U.S.C. § 1325(a)(8) & (9) or the Trustee's objection has been overruled.  The Debtors are substantially current in their payments to the Trustee; and the Trustee is not aware of any outstanding objections to confirmation.

Dated: August 30, 2023
CNFORD--DSD

Original Confirmation hearing set for:
August 31, 2023

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### ORDER

It is **ORDERED** that the plan is confirmed; that the Trustee shall distribute any payments received in conformance with Title 11; that except as provided in 11 U.S.C.  § 1304(b), the Debtors are hereby prohibited during the pendency of this case from in any way encumbering or disposing of any property of this estate or from incurring any further debt, without prior written approval of the Court excepting debts incurred for protection of life, health, or property when not reasonably practical to secure prior approval.  **The automatic stay under 11 U.S.C. § 362 and 11 U.S.C. § 1301 is terminated as to any collateral listed in 3.9(B) of the plan.**  Any provision in the plan providing for special classification and treatment of claims filed after the Bankruptcy Rule 3002(c) or 11 U.S.C. § 502(b)(9) date shall be void; such claims shall receive treatment pursuant to 11 U.S.C. § 726(a)(3).

**KATHY A. SURRATT-STATES**
U.S. Bankruptcy Judge

**DATED: September 1, 2023**
**St. Louis, Missouri**

| 23-20091 | CERTIFICATION AND ORDER OF CONFIRMATION FOR CHAPTER 13 PLAN | Page 2 of 2 |

Copy mailed to:

PAVEL S KHATULEV  
ASHLEY E KHATULEV  
1580 HWY 161  
MONTGOMERY CITY, MO  63361

All Creditors and Parties in Interest

Diana S. Daugherty, Chapter 13 Trustee  
P.O. Box 430908  
St. Louis, MO  63143

WILLIAM H RIDINGS JR  
2510 S BRENTWOOD BLVD STE 205  
C/O RIDINGS LAW FIRM  
ST LOUIS, MO  63144

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 23-20091-kss
Pavel S Khatulev  Chapter 13
Ashley E Khatulev
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0865-2    User: admin    Page 1 of 4
Date Rcvd: Sep 01, 2023    Form ID: pdfo3    Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Pavel S Khatulev, Ashley E Khatulev, 1580 Hwy 161, Montgomery City, MO 63361-5311 |
| 25380503 | + | Account Liquidation Services, Inc., 304 West Water Street, Decorah, IA 52101-1730 |
| 25380508 | + | CAR Financial Services, Attn: Bankruptcy, 2400 Satellite Blvd Ste 104,, Duluth, GA 30096-4760 |
| 25382099 | + | CAR Financial Services Inc., 725 Primera Blvd. Suite #235, Lake Mary, FL 32746-2159 |
| 25381178 | + | City of Montgomery, Attn. Payroll Department, 723 North Sturgeon St., Montgomery City, MO 63361-1423 |
| 25380514 | + | Ferrell Gas, 7500 College Blvd # 1000, Overland Park, KS 66210-4098 |
| 25380517 | + | Gary Jon Barrett, Attorney, 12410 Cantrill Rd, Ste 100, Little Rock, AR 72223-1703 |
| 25380520 | + | Jeanine R Armstrong, Attorney, Blitt & Gaines PC, 707 N 2nd St, Suite 306, Saint Louis, MO 63102-2535 |
| 25380524 | + | Linda Seiler, 617 Sheffield Circle, Sugar Grove, IL 60554-9371 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25380502 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 01 2023 23:00:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 25380507 | | Email/Text: bnc-applied@quantum3group.com | Sep 01 2023 23:01:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431 |
| 25380505 | + | Email/Text: backoffice@affirm.com | Sep 01 2023 23:01:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 25380506 | + | Email/Text: backoffice@affirm.com | Sep 01 2023 23:01:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 25405689 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 01 2023 23:00:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 25387148 | + | Email/Text: amy.hinners@caseys.com | Sep 01 2023 23:00:00 | CASEY'S GENERAL STORES, ATTN: LEGAL DEPARTMENT, 1 S.E. CONVENIENCE, ANKENY, IA 50021-9672 |
| 25380510 | + | Email/Text: bankruptcy@car-mart.com | Sep 01 2023 22:59:00 | Colonial Auto Finance/America's Car-Mart, Attn: Bankruptcy, 1805 N 2nd Street Suite 401, Rogers, AR 72756-2423 |
| 25380511 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 01 2023 23:02:25 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 25385410 | | Email/Text: mrdiscen@discover.com | Sep 01 2023 23:00:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |
| 25380512 | + | Email/Text: mrdiscen@discover.com | Sep 01 2023 23:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25380513 | + | Email/Text: bknotice@ercbpo.com | Sep 01 2023 23:01:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

| District/off: 0865-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: pdfo3 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 25380516 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 01 2023 23:02:38 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 25380518 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 01 2023 23:00:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 25380519 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 01 2023 23:00:00 | IRS, PO Box 7346, Insolvency Unit, Philadelphia, PA 19101-7346 |
| 25380521 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2023 23:01:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 25380509 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 01 2023 23:02:38 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 25380522 | + | Email/Text: bankruptcy@kikoff.com | Sep 01 2023 23:00:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 25380523 | | Email/Text: ktramble@lendmarkfinancial.com | Sep 01 2023 22:59:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 25387943 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2023 23:02:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25380650 | + | Email/Text: ecfnotices@dor.mo.gov | Sep 01 2023 22:59:00 | Missouri Department of Revenue, PO Box 475, 301 W High St, Jefferson City MO 65101-1517 |
| 25380525 | + | Email/Text: ecfnotices@dor.mo.gov | Sep 01 2023 22:59:00 | Missouri Dept of Revenue, Taxation Division, PO Box 385, Jefferson City, MO 65105-0385 |
| 25380526 | + | Email/PDF: cbp@omf.com | Sep 01 2023 23:02:49 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 25380527 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2023 23:29:01 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 25405753 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 01 2023 23:28:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 25380528 | | Email/Text: bankruptcy@possiblefinance.com | Sep 01 2023 22:59:00 | Possible Finance, 2231 First Avenue Ste B, Seattle, WA 98121 |
| 25411300 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 01 2023 23:01:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 25395848 | | Email/Text: bnc-quantum@quantum3group.com | Sep 01 2023 23:01:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25383035 | | Email/Text: bnc-quantum@quantum3group.com | Sep 01 2023 23:01:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 25397042 | | Email/Text: bnc-quantum@quantum3group.com | Sep 01 2023 23:01:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25380529 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 01 2023 23:02:37 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25380532 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 01 2023 22:59:00 | Sezzle, Attn: Bankruptcy, Po Box 3320, Minneapolis, MN 55403 |
| 25380533 | | Email/Text: bankruptcy@sunbit.com | Sep 01 2023 23:00:00 | Sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 25380531 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 01 2023 23:01:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 25380535 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 01 2023 23:01:00 | Transworld Systems, 2135 E Primrose, Suite Q, Springfield, MO 65804-4598 |
| 25380651 | + | Email/Text: usamoe.bankruptcy.filings@usdoj.gov | Sep 01 2023 22:59:00 | United States Attorney, 111 South 10th Street, 20th Floor, St. Louis MO 63102 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 25380536 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 01 2023 23:00:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 25381700 | + | Email/Text: bankruptcyreports@wakeassoc.com | Sep 01 2023 23:01:00 | UNITED CREDIT UNION, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 58, FORT MORGAN, CO 80701-0058 |
| 25380537 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 01 2023 23:01:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 25393795 |   | Email/Text: EDBKNotices@ecmc.org | Sep 01 2023 22:59:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 25380538 | + | Email/Text: bankruptcyreports@wakeassoc.com | Sep 01 2023 23:01:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 East Bethany Drive Ste 450, Aurora, CO 80014-2697 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25380515 |  | First Phase/tbom |
| 25380504 | *+ | Account Liquidation Services, Inc., 304 West Water Street, Decorah, IA 52101-1730 |
| 25380530 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 25380534 | *P++ | SUNBIT INC, ATTN LEGAL AND COMPLIANCE, PO BOX 24010, LOS ANGELES CA 90024-0010, address filed with court:, Sunbit, Attn: Bankruptcy, 10880 Wilshire Blv Suite 870, Los Angeles, CA 90024 |
| 25380539 | *+ | Wakefield & Associates, Attn: Bankruptcy, 10800 East Bethany Drive Ste 450, Aurora, CO 80014-2697 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Diana S. Daugherty | standing_trustee@ch13stl.com trust33@ch13stl.com |
| Diana S. Daugherty | on behalf of Trustee Diana S. Daugherty standing_trustee@ch13stl.com trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| William H. Ridings, Jr. | on behalf of Debtor Pavel S Khatulev ridingslaw2003@yahoo.com |
| William H. Ridings, Jr. |  |

on behalf of Debtor Ashley E Khatulev ridingslaw2003@yahoo.com

TOTAL: 5